AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

THE ESTATE OF ORBIE COGGINS, deceased, by and through GAIL COGGINS BROOKS and DUANE COGGINS, as Personal Representatives, )
*Plaintiff* )
v. )
WAPATO POINT MANAGEMENT COMPANY ) Civil Action No. 2:13-CV-414-RMP
HEALTH AND WELFARE PLAN, et al., Defendants; and )
LABORERS INTERNATIONAL UNION OF NORTH )
AMERICA LOCAL 292, a labor organization,
Third-Party *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Third-Party Defendant Laborers International Union of North America Local 292 is dismissed from this action pursuant to the Court's order entered on April 30, 2014, ECF No. 26.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion to Dismiss.

Date: April 30, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas