# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| THE ESTATE OF ORBIE COGGINS, deceased, by and through GAIL COGGINS BROOKS and DUANE COGGINS, as Personal Representatives,<br>*Plaintiff*<br>v.<br>WAPATO POINT MANAGEMENT COMPANY HEALTH AND WELFARE PLAN; WAPATO POINT MANAGEMENT COMPANY, INC., as Plan Administrator,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:13-CV-414-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of the Defendants pursuant to the Order Granting Motion for Summary Judgment entered May 23, 2014, ECF No. 28.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for summary judgment.

Date: 5/23/2014

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas